UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY NOBLES, | ) | Case No. EDCV 09-1543-RC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ADJUDGED that Judgment shall be entered awarding plaintiff Gregory Nobles benefits under both Title II and SSI, 42 U.S.C. §§ 423, 1382(a).


DATED: August 24, 2010          /S/ ROSALYN M. CHAPMAN
                                ROSALYN M. CHAPMAN
                                UNITED STATES MAGISTRATE JUDGE

R&R-MDO\09-1543.jud
8/23/10