LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1240 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| GREGORY NOBLES, | ) | No.  EDCV 09-1543 RC |
|---|---|---|
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($2,900.00) subject to the terms of the stipulation.

    DATE:  October 19, 2010__/S/ ROSALYN M. CHAPMAN _____
                        HON. ROSALYN M. CHAPMAN
                        UNITED STATES MAGISTRATE JUDGE